# CASES

IN THE

# APPELLATE COURTS OF ILLINOIS.

THIRD DISTRICT—MAY TERM, 1883.

## FREDERICK AHOLTZ
v.
## JAMES H. DURFEE.

FILING OF RECORD—APPLICATION TO COURT.—Where the record can not be filed within the time prescribed by law, application should be made to the court before the expiration of the time within which the law allows the record to be filed, for an extension of the time within which to file it.

APPEAL from the Circuit Court of Macon county; the Hon. C. B. SMITH, Judge, presiding. Opinion filed May 22, 1883.

Mr. H. PASCO, for appellant.

PER CURIAM. The last day for filing records for this term was the 16th of May. On the 17th appellant filed this motion for leave to file the record in this case. The application comes too late. Where the record can not be filed within the time prescribed by law, application should be made to the court before the expiration of the time within which the law allows the record to be filed, for an extension of the time within which to file it. If not made then, it can not afterward be successfully made: Day v. The City of Clinton, 5 Bradwell, 605.